

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHETANAND KUMAR SEWRAZ,**

    Plaintiff,

v.                                                   Civil Action No. **3:08CV90**

**NHON H. NGUYEN,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

On February 27, 2008, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 21, 2008, the Court directed Plaintiff to pay an initial partial filing fee of **$30.70** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

Date: **MAY 2 3 2008**
Richmond, Virginia

                                                /s/
                                    **Richard L. Williams**
                                    **United States District Judge**