IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**CHETANAND KUMAR SEWRAZ,**

    Plaintiff,

v.                                                           Civil Action No. **3:08CV90**

**NHON H. NGUYEN,** *et al.,*

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED AND ADOPTED;

2. Plaintiff's claims against Defendant Gamble-Huynh are DISMISSED;

3. Defendant Gamble-Huynh is DISMISSED as a party to the lawsuit;

4. Plaintiff shall have 120 days to serve the remaining Defendants;

5. The Clerk is DIRECTED to issue process for Defendant Nguyen at the address provided by Plaintiff;

6. The Marshal is DIRECTED to serve Defendant Nguyen in accordance with Federal Rule of Civil Procedure 4(e). Service shall include a copy of this Memorandum Opinion and Order. The Marshal shall FILE his returns within thirty (30) days of the date of entry hereof; and,

7. If Plaintiff wishes the assistance of the Marshal in serving the remaining Defendants, he should promptly provide the Court with street addresses where the defendants can

be served. Upon the provision of such addresses, the Clerk will issue process and the Marshal will attempt to serve the defendants; and,

8.  Plaintiff's Motion to Proceed (Docket No. 26) is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

/s/
Richard L. Williams
United States District Judge

Date: FEB 1 0 2010
Richmond, Virginia

/s/

Richard L. Williams
United States District Judge